AO 451 (Rev. 01/09; DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

**16MISC0370**

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**DOC #** 1

| | |
|---|---|
| AFRICARD CO. LTD. | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action  No.  16-196 (ABJ) |
| REPUBLIC OF NIGER | ) |
| *Defendant* | ) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*      09/27/2016      .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:      10/17/2016

*ANGELA D. CAESAR, CLERK OF COURT*

Signature of Clerk or Deputy Clerk

AO 450 (Rev. 01/09; DC-03/10)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**FILED**

**SEP 27 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| AFRICARD CO. LTD. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  16-cv-00196 (ABJ) |
| REPUBLIC OF NIGER | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____

☑ other:
ORDER granting [14] Motion for Default Judgment.  Judgment shall be entered in favor of petitioner in the
amount of $46,128,410.46.

This action was *(check one):*

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge     Amy Berman Jackson _____     on a motion for
Default Judgment

Date:     09/27/2016 _____

*ANGELA D. CAESAR, CLERK OF COURT*

_____
John T. Haley
*Signature of Clerk or Deputy Clerk*

**ECF**
**DOCUMENT**
I hereby attest and certify that this is a printed copy of a
document which was electronically filed with the United
States District and Bankruptcy Courts for the District of
Columbia.
Date Filed:___9-27-16___
ANGELA D. CAESAR, CLERK
By:___Michael Darby 10/17/16___