Broderick, V
Part 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AFRICARD CO. LTD., | Case No. 1:16-mc-00370-P1 |
| Petitioner-Judgment Creditor, | |
| -against- | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 1 6 17 |
| THE REPUBLIC OF NIGER, | |
| Respondent-Judgment Debtor. | |

## ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND ORDER FOR ATTACHMENT AND EXECUTION OF JUDGMENT

Upon the application of Petitioner-Judgment Creditor Africard Co. Ltd. ("Africard"), including its memorandum of law and the declaration of Thomas J. McCormack and exhibits thereto, submitted by to this Court January 6, 2017, it is

ORDERED, that the above-named Respondent-Judgment Creditor, Republic of Niger ("Niger"), show cause before a motion term of this Court, at Room 218, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on January 17, 2017 at 11 a.m., or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure ("F.R.C.P.") enjoining Niger, during the pendency of this action, from (1) selling, transferring, mortgaging, or in any manner encumbering the real property at 5 East 80th Street, in the City, County and State of New York (the "Property"); (2) entering into any new lease agreements concerning the Property; (3) assigning, terminating, or otherwise modifying in any way any existing lease agreements or arrangements concerning the Property; or (4) transferring, concealing, or removing from this

1

District any rent proceeds or other moneys in respondent Niger's ownership, possession, or control that are related to the Property in any way; and it is further

ORDERED that sufficient reason having been shown therefor, pending the hearing identified above, pursuant to Rule 65 of the F.R.C.P., Niger is temporarily restrained and enjoined from (1) selling, transferring, mortgaging, or in any manner encumbering the Property; (2) entering into any new lease agreements or arrangements concerning the Property; (3) assigning, terminating, or otherwise modifying in any way any existing lease agreements or arrangements concerning the Property; or (4) transferring, concealing, or removing from this District any rent proceeds or other moneys in Niger's ownership, possession, or control that are related to the Property; and it is further

ORDERED, that Niger show cause at the court appearance identified above, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to 28 U.S.C. § 1610(a) and (c), Rule 69 of the F.R.C.P., and New York C.P.L.R. § 5230 providing for the attachment and execution of judgment upon the Property, and upon any rental proceeds or other moneys associated with the Property in Niger's ownership, possession, or control for the benefit of Africard; and it is further

ORDERED that service of this Order and Africard's supporting papers upon Niger on the following persons and in the manner stated, on or before the dates and times stated for each, shall be deemed good and sufficient service:

S.E. Bregi Rafini, Prime Minister
Cabinet due Premier Ministre
Republic of Niger
Niamey, B.P. 893
Niger
*By bailiff – on or before January* 10 2016, *at* 11 pm. EST USB

2

Ahmet Jidoud, Minister of Budget
Ministry of Budget
Republic of Niger
Niamey, B.I. 862
Niger
*By bailiff – on or before January* ⟨1Q⟩ *201⟨6⟩, at* ⟨11pm⟩ VSB

Ibrahim Yacoubou, Minister of Foreign Affairs
Ministry of Foreign Affairs
Niamey, B.P. 396
Niger
*By bailiff – on or before January* ⟨1Q⟩ *201⟨6⟩, at* ⟨11pm⟩ VSB

Rilla M. Boubacar, First Counselor
Embassy of the Republic of Niger
2204 R Street, NW
Washington D.C. 20008
*By express mail or courier – on or before January* ⟨1Q⟩ *201⟨6⟩, at* ⟨11pm⟩; VSB

and it is further ORDERED that answering papers, if any, shall be served by hand or

electronic mail upon counsel for Africard, Thomas J. McCormack, Chadbourne & Parke LLP,

1301 Avenue of the Americas, New York, New York 10019, on or before

⟨January 9, 2017⟩, at ⟨2pm⟩, and it is further

ORDERED that reply papers, if any, shall be served on Niger in the manner stated above

on or before ⟨January 16 2017⟩, at ⟨2pm⟩, and it is further

~~ORDERED that Africard shall post security in the amount of _____.~~ VSB

Dated: January ⟨6⟩, 2017
New York, New York

_____
United States District Judge     ⟨tm⟩
Judge Vernon Broderick
Part 1

3