UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AFRICARD CO. LTD.,

            Petitioner-Judgment Creditor,

-against-

THE REPUBLIC OF NIGER,

            Respondent-Judgment Debtor.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/17

Case No. 1:16-mc-00370-P1

## ORDER OF WITHDRAWAL AS COUNSEL

Upon the application of Mark D. Beckett and Christian Urrutia, submitted to this Court March 7, 2017, it is

ORDERED, that Mark D. Beckett and Christian Urrutia are permitted to withdraw as counsel in the above-captioned proceeding.

Dated: March 7, 2017
      New York, New York

                                 _____
                                 United States District Judge