UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



AFRICARD CO. LTD.,

    Petitioner-Judgment Creditor,

-against-

THE REPUBLIC OF NIGER,

    Respondent-Judgment Debtor.

Case No. 1:16-mc-00370-P1

[███████] ORDER FOR SUBSTITUTED SERVICE BY THE UNITED STATES MARSHAL UPON THE <u>REPUBLIC OF NIGER</u>

    Upon the Motion for an Order for Substituted Service by the United States Marshal upon the Republic of Niger filed by Petitioner-Judgment Creditor Africard Co. Ltd. ("Africard"), and in anticipation of a notice of sale ("Notice of Sale") to be issued henceforth by the United States Marshal for the Southern District of New York ("U.S. Marshal") concerning real property owned by Respondent-Judgment Debtor The Republic of Niger ("Niger") at 5 East 80th Street, New York, New York, 10075 (the "Property"); and with good and sufficient cause being shown, it is hereby

    ORDERED that Africard's Motion is GRANTED; and it is further

    ORDERED that, personal service upon Niger being impracticable through the means provided in N.Y. C.P.L.R. §§ 308(1), (2), and (4), and Africard's proposed method of service, as detailed herein, being reasonably calculated to apprise Niger of the pending sale of and to afford Niger an opportunity to present objections thereto, service of the Notice of Sale, once issued, shall, pursuant to Fed. R. Civ. P. 69(a) and N.Y. C.P.L.R. §§ 308(5) and 5236(c), be effected upon Niger by the following means:

1. The U.S. Marshal shall cause copies of the Notice of Sale and a French translation thereof to be affixed to the street entrance of the Property; and

2. The U.S. Marshal shall cause copies of the Notice of Sale and a French translation thereof to be delivered at Africard's expense via courier, with delivery confirmation requested, to the following officials of Niger at the following addresses:

> S.E. Bregi Rafini
> Prime Minister
> Cabinet of the Prime Minister
> Republic of Niger
> Niamey, B.P. 893
> Niger
>
> Ibrahim Yacouba
> Minister of Foreign Affairs, Cooperation,
>     African Integration, and Nigeriens Abroad
> Republic of Niger
> Ministry of Foreign Affairs
> Niamey, B.P. 396
> Niger
>
> Ahmat Jidoud
> Minister of Budget
> Ministry of Budget
> Republic of Niger
> Niamey, B.P. 862
> Niger
>
> Rilla Boubacar
> First Counselor
> Embassy of Niger to the United States of America
> 2204 R Street, NW
> Washington, DC 20008

Dated: New York, New York
April 7, 2017

APR 10 2017

George B. Daniel
United States District Judge

2